L. M. Ochsenschlager, and William C. Murphy, of counsel; O'Brien, Burnell & Puckett, for appellee; William C. O'Brien, Wilson D. Burnell, Donald L. Puckett, and Joseph H. Barnett, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed June 7, 1954; released for publication June 23, 1954.

## Ray Askey, Plaintiff-Appellee, v. Arnold Kneubuehl and Alvin Zipsie, Defendants-Appellants.

### Gen. No. 10,725. (Abstract of Decision.)

Burrell & Holtan, for appellants; David M. Burrell, of counsel; Bert P. Snow, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed June 7, 1954; released for publication June 23, 1954.